UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JOANNA CLEVENGER and TAMMY S. POWELL, on behalf of themselves and all other persons similarly situated, known or unknown, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )  Case No. 07-2126 |
| SECURITAS SECURITY SERVICES USA, INC., | )<br>)<br>) |
| Defendant. | )<br>) |

## OPINION

On September 19, 2007, the Magistrate Judge filed a Report and Recommendation (#19) in the above cause. The Magistrate Judge recommended that Defendant's Motion to Dismiss Plaintiffs' Class Action Complaint (#5) be DENIED and this case be remanded to state court.

On October 9, 2007, Defendant filed its Objections to the Report and Recommendation (#20) and a Memorandum in Support (#21). This court has reviewed the Magistrate Judge's reasoning and the Objection. After a thorough and careful de novo review, this court agrees with and accepts the Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED:

(1) Defendant's Motion to Dismiss (#5) is DENIED.

(2) This case is remanded to the Circuit Court of Vermilion County.

(3) This case is terminated.

ENTERED this 10th day of October, 2007

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE